CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Roanoke
JUL 0 6 2006
JOHN F. CORCORAN, CLERK
BY: 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VIKI ARRINGTON, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>BARBARA J. WHEELER, WARDEN, )<br>    Respondent. ) | Civil Action No. 7:06CV00351<br><br>**FINAL ORDER**<br><br>By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

as follows:

1. The petitioner's motion to proceed in forma pauperis is **GRANTED**; and

2. The petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER:** This 6th day of July, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge