CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
AUG - 9 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VIKI ARRINGTON, </br>Petitioner, </br></br>v. </br></br>BARBARA J. WHEELER, WARDEN, </br>Respondent. | Civil Action No. 7:06CV00351 </br></br>ORDER </br></br>By: Hon. Jackson L. Kiser </br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the petitioner's motions for reconsideration (docket #10 and #12) shall be and hereby are **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 9th day of August, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge